

TIME_____

SEP 0 6 2022

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. _____ |
| Plaintiff, | JUDGE _____ |
| v. | **INFORMATION** |
| **EDGARD FROILAN VELAZQUEZ MACIAS,** | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
**Attempted Possession with Intent to Distribute 400 Grams or More of Fentanyl**

On or about August 12, 2022, in the Southern District of Ohio, the defendant, **EDGARD FROILAN VELAZQUEZ MACIAS**, did knowingly, intentionally, and unlawfully, attempt to possess with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

KENNETH L. PARKER
United States Attorney

KELLY A. NORRIS
Assistant United States Attorney

1